# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

BRETT EVERS,
*individually and as parent and guardian of minor child GE,*

Plaintiffs,

v.

Case No. 26-CV-806

TOWN OF GRAND CHUTE, et al.,

Defendants.

## ORDER

Brett Evers, proceeding without counsel, filed this action on behalf of himself and his minor daughter GE. There is no indication that Evers is an attorney admitted to practice in this court. As a result, although he can represent himself for any individual claims he may have, he cannot represent anyone else, including his own daughter. *Elustra v. Mineo*, 595 F.3d 699, 705 (7th Cir. 2010); *Navin v. Park Ridge Sch. Dist. 64*, 270 F.3d 1147, 1149 (7th Cir. 2001); *McPherson v. Sch. Dist. No. 186*, 32 F. App'x 769, 770 (7th Cir. 2002) (unpublished). For her claim to be considered by the court, GE must be represented by an attorney admitted to practice in this court.

Counsel is required to ensure that the legal and procedural rights of a minor are properly protected. For example, in filing this action, Evers fails to comply with Fed. R. Civ. P. 5.2 and Gen. L.R. 79(d) (E.D. Wis.) and redact his daughter's name. As a result, it was necessary for the Clerk to seal the complaint.

Within **21 days** an attorney admitted to practice in this court must appear on behalf of GE. Further, counsel must file an amended complaint that complies with Fed. R. Civ. P. 5.2.

If counsel does not timely appear on behalf of GE and Evers wishes to proceed with any individual claim he may have, within **21 days** he must file an amended complaint that both fully complies with Fed. R. Civ. P. 5.2 and asserts only any individual claim he may have.

In sum, there are two paths. One is that Evers may obtain counsel for GE, in which case counsel must file an amended complaint within 21 days. Alternatively, Evers may proceed with any personal claim he may have, in which case he must file an amended complaint within 21 days asserting only his individuals claims.

**<u>Failure to fully comply with this order within 21 days will result in the court dismissing this action</u>**.

Dated at Green Bay, Wisconsin this 12th day of May, 2026.

*s/ Byron B. Conway*
BYRON B. CONWAY
U.S. District Judge
